**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00351-LTB-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

KENNETH J. YOUNG,

       Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

       On December 13, 2011, the defendant, through counsel, filed a petition for early termination of supervised release. The United States has not objected to the proposed relief and the Probation Office reports the defendant has adjusted satisfactorily to supervision. Accordingly, it is

       ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

       DATED at Denver, Colorado, this __12th__ day of April, 2012.

       BY THE COURT:

       __s/Lewis T. Babcock__
       Lewis T. Babcock
       Senior United States District Judge